IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DANIEL FRANKLIN and KIMBERLY JAMES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 08-CV-1264 |
| | ) ) |
| ANGELA HAMILTON, RODNEY SLACK, JOHN DOE, and PTS OF AMERICA, LLC., | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On May 15, 2008, Plaintiffs filed their Complaint herein and paid all filing fees in full. Plaintiffs' Complaint lists two individual Defendants, Angela Hamilton and Rodney Slack, a corporate Defendant, PTS of America, LLC., and Defendant "John Doe, Agent or Employee of PTS of America, LLC". Plaintiffs obtained service on Kent Wood, Registered Agent for corporate Defendant PTS of America, LLC, on September 25, 2008. Defendant PTS has failed to file a timely answer or any type of response to Plaintiffs' Complaint. However, Plaintiffs have not taken steps

to obtain the default of Defendant PTS.  Federal Rule of Civil Procedure 55 directs that a Plaintiff shall apply to the Court for judgment by default.

Additionally, Plaintiffs have not perfected service on the remaining Defendants.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint.  On September 15, 2008 the 120 days for service lapsed.  Plaintiff was reminded of the 120-day rule by Text Orders dated September 3, 2008 and October 8, 2008.  Plaintiffs were granted an extension to November 10, 2008 to perfect service and advised if service was not perfected, the case against these Defendants was subject to dismissal for want of prosecution.

On November 14, 2008, Plaintiffs were again directed to take action to move the case forward and show cause why it should not be dismissed for want of prosecution by November 26, 2008.  As of this date, Plaintiffs have failed to comply with the November 14th order and with Federal Rules of Civil Procedure 4(m) and 55.  The Court has no other option and recommends that Plaintiffs' Complaint be dismissed for want of prosecution.

Plaintiffs are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within

ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER:  December 1, 2008

    FOR THE COURT:          s/ Byron G. Cudmore

                                                _____
                                                  BYRON G. CUDMORE
                                     UNITED STATES MAGISTRATE JUDGE